# OFFICE OF THE CHAPTER 13 TRUSTEE
## LAUREN A. HELBLING, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Lauren A. Helbling, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Lauren A. Helbling
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
  on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period July 01, 2019 through June 30, 2020

Case No: 18-13865-jps                Filed: June 28, 2018

Debtor:   ANGELINE FORTE
          12205 WOODWARD BLVD

          GARFIELD HEIGHTS, OH  44125

Attorney: MONA B RUBINSTEIN                Required Plan Payment:   $1,500.00 MONTHLY
          (216) 513-1286

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 35,983.85 |
| Disbursements: | | |
| Principal | 31,435.45 | |
| Interest | 246.58 | |
| Attorney Fee | 2,200.00 | |
| Trustee Fee | 2,092.07 | |
| | | 35,974.10 |
| Funds on Hand: | | 9.75 |
| | | 35,983.85 |

CASE NO: 18-13865-jps
DEBTOR: ANGELINE FORTE

### RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jul 02, 2019 | 692.31 | Jul 16, 2019 | 692.31 | Jul 30, 2019 | 692.31 | Aug 16, 2019 | 692.31 | Aug 30, 2019 | 692.31 |
| Sep 13, 2019 | 692.31 | Sep 27, 2019 | 692.31 | Oct 11, 2019 | 692.31 | Oct 25, 2019 | 692.31 | Nov 08, 2019 | 692.31 |
| Nov 22, 2019 | 692.31 | Dec 06, 2019 | 692.31 | Dec 20, 2019 | 692.31 | Jan 03, 2020 | 692.25 | Jan 21, 2020 | 692.31 |
| Jan 31, 2020 | 692.31 | Feb 14, 2020 | 692.31 | Feb 28, 2020 | 692.31 | Mar 10, 2020 | 1,000.00 | Mar 13, 2020 | 692.31 |
| Mar 27, 2020 | 692.31 | Apr 10, 2020 | 692.31 | Apr 24, 2020 | 692.31 | May 08, 2020 | 692.31 | May 22, 2020 | 692.31 |
| Jun 05, 2020 | 692.31 | | | | | | | | |

### DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | FIRST ASSOCIATES LOAN SERVICING LLC | 5741 | Unsecured | 4,301.95 | .00 |
| 001NA | FIRST ASSOCIATES LOAN SERVICING LLC | | Unsecured | .00 | .00 |
| 002 | ONEMAIN FINANCIAL OF OHIO INC | 4612 | Unsecured | 1,280.83 | .00 |
| 003 | LVNV FUNDING LLC | 0561 | Unsecured | 680.08 | .00 |
| 004 | CREDIT UNION 1 | 02L1 | Secured | .00 | .00 |
| 005A | M & T BANK | 4436 | Secured | .00 | .00 |
| 005NA | M & T BANK | | Unsecured | .00 | .00 |
| 005NA1 | CHRIS E MANOLIS ESQ | | Unsecured | .00 | .00 |
| 006 | QUANTUM3 GROUP LLC | 7966 | Unsecured | 1,591.72 | .00 |
| 007 | SOFI CONSUMER LOAN PROGRAM 20161LLC | 5741 | Unsecured | 1,876.25 | .00 |
| 007NA | SOFI CONSUMER LOAN PROGRAM 20161LLC | | Unsecured | .00 | .00 |
| 008 | LVNV FUNDING LLC | 1450 | Unsecured | 3,758.59 | .00 |
| 009 | PORTFOLIO RECOVERY ASSOCIATES LLC | 3813 | Unsecured | 1,093.04 | .00 |
| 009NA | PORTFOLIO RECOVERY ASSOCIATES | | Unsecured | .00 | .00 |
| 010 | ABSOLUTE RESOLUTIONS INVESTMENTS LL | 7346 | Unsecured | 2,544.24 | .00 |
| 010NA | ABSOLUTE RESOLUTIONS INVESTMENTS LL | | Unsecured | .00 | .00 |
| 011 | ATTORNEY GENERAL STATE OF OHIO | ####0605 | Priority | .00 | .00 |
| 011A | ATTORNEY GENERAL STATE OF OHIO | ####0605 | Unsecured | 48.07 | .00 |
| 011NA | OHIO DEPARTMENT OF TAXATION | | Unsecured | .00 | .00 |
| 011NA1 | DEPT OF TAXATION | | Unsecured | .00 | .00 |
| 799 | MONA B RUBINSTEIN | | Attorney Fees | .00 | .00 |
| | SUNUP FINANCIAL LLC | 3219 | Unsecured | .00 | .00 |
| | HUMMINBIRD FUNDS LLC | 9656 | Unsecured | .00 | .00 |
| | BORROWERS FIRST INC | 1099 | Unsecured | .00 | .00 |
| | BASTION FUNDING OH I LLC | | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 17,174.77 | .00 |